

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00813-CR & 04-19-00814-CR

Raymond Andrew **DEBA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2005CR0716 & 2005CR0956
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED January 15, 2020.

_____
Rebeca C. Martinez, Justice